**UNITED STATES of America, Plaintiff-Appellee**

v.

**Gilberto ANAYA-MONTOYA, also known as Manuel Montoya-Hernandez, Defendant-Appellant**

**No. 17-50345 Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed March 2, 2018

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Gilberto Anaya-Montoya, Pro Se

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gilberto Anaya-Montoya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Anaya-Montoya has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected there-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Amador Limon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Limon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.